IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARCH FOR LIFE, *et al.*,

         Plaintiffs,

v.

SYLVIA M. BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, *et al.*,

         Defendants.

No. 14-cv-1149

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby alert the Court to the D.C. Circuit's recent ruling in *Priests for Life v. U.S. Department of Health & Human Services*, -- F.3d --, 2014 WL 5904372 (D.C. Cir., Nov. 14, 2014), rejecting constitutional and statutory challenges to the contraceptive coverage requirement. A copy of the D.C. Circuit's slip opinion is attached. Defendants respectfully suggest that, at the status conference scheduled for November 24, 2014, the Court and the parties discuss supplemental briefing on the parties' pending dispositive motions.

Dated:  November 17, 2014

Respectfully Submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

JENNIFER RICKETTS
Director

SHEILA M. LIEBER
Deputy Director

/s/ *Adam Grogg*
ADAM GROGG (N.Y. Bar)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20001
phone: (202) 514-2395
fax: (202) 616-8470
email: adam.a.grogg@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 17, 2014, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

            /s/ *Adam Grogg*
            ADAM GROGG