# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCH FOR LIFE, et al.,  )<br>  )<br>        Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>SYLVIA BURWELL, in her official capacity  )<br>as Secretary of the United States Department of  )<br>Health and Human Services, et al.  )<br>  )<br>        Defendants.  )<br>  ) | Case No. 1:14-cv-1149-RJL |

## AFFIDAVIT OF PLAINTIFF JEANNE F. MONAHAN

1.  I, Jeanne F. Monahan, am one of the named plaintiffs in the above captioned case, and am the President of Plaintiff March for Life.

2.  Among my responsibilities at March for Life, I communicate on behalf of March for Life with our health insurance issuer CareFirst BlueCross BlueShield.

3.  On November 13, 2014, I received the letter attached as Exhibit A to this affidavit. It was sent to me by Celio Walford, Broker Representative, 2-50 Renewals of CareFirst BlueCross BlueShield, who is March for Life's official contact at CareFirst regarding our health insurance plan.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 13, 2014.

　　　　　　　　　　　　　　　　　　　　__s/ Jeanne F. Monahan_____
　　　　　　　　　　　　　　　　　　　　JEANNE F. MONAHAN

# Exhibit A

CareFirst BlueChoice, Inc.
840 First Street, NE
Washington, DC 20065
www.carefirst.com



November 13, 2014

Jeanne Monahan
President
March for Life
1317 8th Street NW
Washington, D.C. 20001

Dear Ms. Monahan,

This is in response to your letter dated November 12, 2014 in which you requested a "reprieve" from the Affordable Care Act mandate with regard to specific contraceptive services.

We understand that March for Life is currently subject to the Affordable Care Act's requirement to cover FDA-approved contraception and counseling under their health insurance plan, but that March for Life and its employees are trying to secure exemptions from that requirement. If a legal exemption from that requirement is obtained, CareFirst would be willing to offer March for Life or its employees a plan omitting the contraceptive coverage that they are objecting to at this time.

This message does not constitute a guarantee that the exemption is available but clarifies that if your group qualifies for the exemption under the law, CareFirst will recognize the exemption subject to the regulatory requirements that it must adhere to.

We hope this information is helpful and please contact me with any further questions or concerns.

Sincerely,

Celio Walford
Broker Representative, 2-50 Renewals

CareFirst BlueChoice, Inc. is an independent licensee of the Blue Cross and Blue Shield Association.
® Registered trademark of the Blue Cross and Blue Shield Association.  ®' Registered trademark of CareFirst of Maryland, Inc.