UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCH FOR LIFE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 14-cv-1149 (RJL) |
| | ) |
| SYLVIA M. BURWELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FILED**

AUG 3 1 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 31st day of August 2015, hereby

**ORDERED** that plaintiffs' Motion for Consolidated Trial on the Merits [Dkt. #11] is **GRANTED**; it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. #11] is **GRANTED** as to plaintiffs' First, Second and Fourth Claims for Relief; it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. #11] is **DENIED** as to plaintiffs' Third Claim for Relief; it is further

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #16] is **DENIED** as to plaintiffs' First, Second, and Fourth Claims for Relief; it is further

**ORDERED** that defendant's Motion to Dismiss [Dkt. #16] is **GRANTED** as to plaintiffs' Third Claim for Relief; it is further

**ORDERED** that the defendants, their employees, agents, and successors in office are permanently **ENJOINED** from enforcing against plaintiff March for Life, its health

plan, or its health insurance issuer in connection with March for Life's health plan

(a) the statutes and regulations requiring a health insurance issuer to include contraceptive coverage; or

(b) any attendant penalties, fines, or assessment for noncompliance with the above statutes or regulations; it is further

**ORDERED** that defendants, their employees, agents, and successors in office are permanently **ENJOINED** from enforcing against the health insurance issuer(s) of employee plaintiffs Jeanne Monahan and/or Bethany Goodman:

(a) the statutes and regulations requiring the health insurance issuer to include contraceptive coverage in an employee plaintiff's plan offered in the individual market; or

(b) any attendant penalties, fines, or assessment for noncompliance with the above statutes or regulations.

This Order should not be construed as to prevent enforcement of any statute or regulation against a health insurance issuer in the individual market regarding any plan offered or provided to any individual other than the named employee plaintiffs.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge