# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARCH FOR LIFE, *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>SYLVIA M. BURWELL, in her official capacity as Secretary of the Department of Health and Human Services, *et al.*,<br><br>             Defendants. | No. 14-cv-1149 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants Sylvia M. Burwell, in her official capacity as the Secretary of the United States Department of Health and Human Services; the United States Department of Health and Human Services; Thomas Perez, in his official capacity as Secretary of the United States Department of Labor; the United States Department of Labor; Jacob L. Lew, in his official capacity as Secretary of the United States Department of the Treasury; and the United States Department of the Treasury; hereby appeal to the United States Court of Appeals for the D.C. Circuit the Memorandum Opinion (ECF No. 30) and accompanying Order (ECF No. 31) entered on August 31, 2015.

Dated:   October 28, 2015                                Respectfully Submitted,

                                                         BENJAMIN C. MIZER
                                                         Principal Deputy Assistant Attorney
                                                             General

                                                         JENNIFER D. RICKETTS
                                                         Director

                                                         SHEILA M. LIEBER
                                                         Deputy Director

/s/ *Adam Grogg*
ADAM GROGG (N.Y. Bar)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs
   Branch
20 Massachusetts Ave. NW
Washington, DC  20530
phone: (202) 514-2395
fax: (202) 616-8470
email: adam.a.grogg@usdoj.gov

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Adam Grogg*
ADAM GROGG (N.Y. Bar)