# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-5301**                                              **September Term, 2015**

1:14-cv-01149-RJL

Filed On: February 24, 2016

March For Life, et al.,

    Appellees

    v.

Sylvia Mathews Burwell, in her official
capacity as Secretary of the United States
Department of Health and Human Services,
et al.,

    Appellants

**O R D E R**

Upon consideration of the government's unopposed motion to hold case in abeyance pending the U.S. Supreme Court's decision in Zubik v. Burwell, No. 14-1418, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the Supreme Court's disposition of Zubik v. Burwell, No. 14-1418.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                    BY:    /s/
                                  Ken R. Meadows
                                  Deputy Clerk