# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 15-5301**           **September Term, 2018**

1:14-cv-01149-RJL

Filed On: September 17, 2018

March For Life, et al.,

        Appellees

    v.

Alex Michael Azar, II, in his official capacity as Acting Secretary of the United States Department of Health and Human Services, et al.,

        Appellants

**O R D E R**

Upon consideration of appellants' consent motion for voluntary dismissal of their appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                      BY:    /s/
                             Amy Yacisin
                             Deputy Clerk